UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| EXTENET SYSTEMS, INC., | |
| Plaintiff, | |
| v. | Docket No. 1:20-cv-10394 (WGY) |
| TOWN OF HULL, et al., | |
| Defendants. | |

**MOTION TO INTERVENE OF SUSAN SHORT GREEN,
JANE LOEFFLER, AND BETHANY BARTLETT**

The Plaintiff Extenet Systems, Inc. ("Extenet") filed this action seeking declaratory and injunctive relief under the federal Telecommunications Act of 1996 ("TCA") and "expedited review" under 47 U.S.C. § 332(c)(7)(B)(v) of the defendant Town of Hull Board of Selectmen's ("Board") denial of a "grant of location" permit under G.L. c. 166, § 22 for the installation of "small wireless facilities" on three utility poles located in the public right-of-way in the Town of Hull, Massachusetts.  Extenet and the Board have since entered into a contingent settlement agreement, resulting in the *issuance* of the grant of location permit that was previously denied.  Susan Short Green, Jane Loeffler, and Bethany Bartlett (the "Proposed Intervenors"), timely appealed the grant of location permit in state court and now seek to intervene in this federal action to protect their rights.  As grounds, the Proposed Intervenors rely on their Memorandum of Reasons filed herewith.

Pursuant to Local Rule 7.1, counsel for the Proposed Intervenors sought the assent of the Town and Extenet by email to counsel dated January 7, 2021.

Request for Oral Argument

Pursuant to Local Rule 7.1(d), the Proposed Intervenors respectfully request the opportunity for oral argument on this Motion.

By their attorneys,

/s/ Daniel C. Hill
_____
Daniel C. Hill (BBO #644885)
Kaitlyn Baptista (BBO #693392)
Dennis A. Murphy (BBO #645168)
 *Of Counsel*
HILL LAW
6 Beacon Street, Suite 600
Boston, MA 02108
(617) 494-8300
dhill@danhilllaw.com

Dated January 15, 2021

Certificate of Service

In accordance with Fed. R. Civ. P. 5, and L.R., D. Mass. 5.2(b) & 5.4(c), I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF on this date.

/s/ Daniel C. Hill
_____
Daniel C. Hill (BBO #644885)