**EXHIBIT C**

Sublight Engineering PLLC

# Hull 12 RF Exposure Assessment



*Figure 1 Google Earth View*



*Figure 2 Google Street View*

The nearest home has a wraparound porch, and a dormered attic or third floor. Distances and angles between the proposed antenna installation and the nearest structure were measured